UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MICHAEL ANDERSON PEEK,             )
                                   )
    *Petitioner*,                  )
v.                                 )     3:04-cv-496
                                   )     *Phillips*
                                   )
HOWARD CARLTON, Warden,            )
                                   )
    *Respondent*.                  )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**ENTER:**

                                                s/ Thomas W. Phillips
                                            United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
     CLERK OF COURT